Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-403-309**

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 15, 2024



---

## Title

**Title of Work:** Harvest Elegance Chickadees and Pumpkin Barrel

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Gina Jane Lee
  **Pseudonym:** Gina Jane
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gina Jane Lee
933 Branch Court, #151, Grovetown, GA, 30813, United States

## Rights and Permissions

**Name:** Gina Jane Lee
**Email:** gina.jane.ll@gmail.com
**Address:** 933 Branch Court, #151
Grovetown, GA 30813 United States

## Certification

**Name:** David Denholm
**Date:** April 12, 2024

Page 1 of 2

